IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00690 JW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER CONTINUING |
| ) | HEARING DATE AND EXCLUDING |
| vs. ) | TIME UNDER THE SPEEDY TRIAL ACT |
| ) | |
| ELIODORO MENDEZ-CEBALLOS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

[PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for December 13, 2010, shall be continued to Monday, January 31, 2011, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between December 13, 2010, and January 31, 2011, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between December 13, 2010, and January 31, 2011, from computation under the Speedy Trial

Act outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: _____December 10,_____, 2010

_____
HONORABLE JAMES WARE
United States District Judge