IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00690 JW |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER CONTINUING HEARING DATE AND EXCLUDING |
| vs. | ) ) | TIME UNDER THE SPEEDY TRIAL ACT |
| ELIODORO MENDEZ-CEBALLOS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

[~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for February 28, 2011, shall be continued to Monday, March 21, 2011, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between February 28, 2011, and March 21, 2011, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between February 28, 2011, and March 21, 2011, from computation under the Speedy Trial Act

*U. S. v. Elidoro Mendez-Ceballos*
No. CR 10-00690 JW                                1

1  outweigh the interests of the public and the defendant in a speedy trial.

2  IT IS SO ORDERED.

3  Dated: __February 25____, 2011

4  _____
   HONORABLE JAMES WARE
5  Chief United States District Judge

*U. S. v. Elidoro Mendez-Ceballos*
No. CR 10-00690 JW                          2