BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MENDEZ-CEBALLOS

**FILED**

JUN 17 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00690 EJD |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] EJD ORDER CONTINUING HEARING TO |
| vs. | ) ) | JULY 18, 2011, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ELIODORO MENDEZ-CEBALLOS, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION**

The parties, Eliodoro Mendez-Ceballos and the government, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the status hearing date currently set for June 20, 2011, be vacated and continued to July 18, 2011, at 1:30 p.m.

The reason for the requested continuance is counsel for the government has been unavailable due to a medical emergency and the parties require additional time to complete their settlement discussions, as well as both counsels need to effectively prepare. Additionally, defense counsel's investigation with respect to issues relevant to those settlement discussions remains on-going,

Stipulation and [Proposed] Order Continuing
Hearing
No. CR 10-00690 EJD                    1

Accordingly, the parties agree and stipulate that time should be excluded from June 20, 2011, through and including July 18, 2011, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation and continuity of counsel. Accordingly, Mr. Mendez-Ceballos and the government agree that granting the requested exclusion of time will serve the interest of justice and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: June 16, 2011

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: June 16, 2011

_____/s/_____
BRADLEY D. PRICE
Special Assistant United States Attorney

//
//
//
//
//
//
//
//
//
//

### [Proposed] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for June 20, 2011, shall be continued to July 18, 2011, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between June 20, 2011, and July 18, 2011, would unreasonably deny the government continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time

between June 20, 2011, and July 18, 2011, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

  THEREFORE, IT IS HEREBY ORDERED that the time between June 20, 2011, and July 18, 2011, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

  IT IS SO ORDERED.

Dated: 6/17/11

THE HONORABLE EDWARD J. DAVILA
United States District Judge