BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MENDEZ-CEBALLOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 10-00690 EJD |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING TO SEPTEMBER 19, 2011, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| ELIODORO MENDEZ-CEBALLOS, | |
| Defendant. | |

**STIPULATION**

The parties, Eliodoro Mendez-Ceballos and the government, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the status hearing date currently set for July 18, 2011, be vacated and continued to September 19, 2011, at 1:30 p.m.

The reason for the requested continuance is the parties require additional time to complete their negotiations regarding the terms of the proposed disposition, and counsels need to effectively prepare.  Additionally, defense counsel's investigation into issues relevant to those settlement discussions remain on-going.

Accordingly, the parties agree and stipulate that time should be excluded from July 18,

Stipulation and [Proposed] Order Continuing
Hearing
No. CR 10-00690 EJD                     1

2011, through and including September 19, 2011, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation and continuity of counsel. Accordingly, Mr. Mendez-Ceballos and the government agree that granting the requested exclusion of time will serve the interest of justice and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

    IT IS SO STIPULATED.

Dated: July 14, 2011

                                    _____/s/_____
                                    VARELL L. FULLER
                                    Assistant Federal Public Defender

Dated: July 14, 2011        _____/s/_____
                                    BRADLEY D. PRICE
                                    Special Assistant United States Attorney

//
//
//
//
//
//
//
//
//
//

## [Proposed] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for July 18, 2011, shall be continued to September 19, 2011, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between July 18, 2011, and September 19, 2011, would unreasonably deny the government continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between July 18, 2011, and September 19, 2011, from computation under the Speedy Trial Act

outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between July 18, 2011, and September 19, 2011, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 15, 2011

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge