1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  ANN MARIE URSINI (CABN 269131)
   Special Assistant United States Attorney

5       150 South Almaden Boulevard, Suite 900
        San Jose, California 95113

6       Telephone: (408) 535-5037
        Facsimile: (408) 535-5066

7       annmarie.ursini@usdoj.gov

8  Attorneys for the United States

9
                   UNITED STATES DISTRICT COURT

10
                 NORTHERN DISTRICT OF CALIFORNIA

11
                        SAN JOSE DIVISION

12

13
   UNITED STATES OF AMERICA,          )    No.   CR 10-00690 EJD
14                                     )
                Plaintiff,             )    STIPULATION AND [PROPOSED]
15                                     )    ORDER CONTINUING HEARING TO
        v.                             )    October 3, 2011 AND EXCLUDING TIME
16                                     )    FROM November 19, 2011 TO October 3,
   ELIODORO MENDEZ-CEBALLOS,           )    2011 FROM THE SPEEDY TRIAL ACT
17                                     )    CALCULATION
                Defendant.             )
18                                     )
                                       )
19 _____ )

20      The Parties, ELIODORO MENDEZ-CEBALLOS and the United States, acting through

21 respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set

22 for September 19, 2011 be vacated, and that the hearing be re-set for October 3, 2011 at 1:30pm.

23 The parties are requesting the continuance of the hearing due to the need for additional time to

24 jointly negotiate a resolution in this matter.

25      The parties stipulate that the time between September 19, 2011 and October 3, 2011 is

26 excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

27 requested continuance would unreasonably deny defense counsel reasonable time necessary for

28 effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

   that the ends of justice served by granting the requested continuance outweigh the best interest of

                                          1

the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: September 9, 2011                    MELINDA HAAG
                                           United States Attorney


                                           ___/s/_____
                                           ANN MARIE E. URSINI
                                           Special Assistant United States Attorney


                                           ___/s/_____
                                           VARELL L. FULLER
                                           Attorney for Defendant

# [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for September 19, 2011 is vacated, and the matter is continued to October 3, 2011 at 1:30pm.  Further, the Court ORDERS that the time between October 14, 2010 and October 21, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: September 15, 2011

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge